EASTERN DISTRICT OF PENNSYLVANIA

**FILED**
DEC 18 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

LP

Jonathan Lee Riches©,
Plaintiff

Civil No: 07-5509

V.

L. Dennis Kozlowski; Mark Swartz d/b/a CFO Tyco International,
Defendants

## Complaint

Comes now the Plaintiff, Jonathan Lee Riches©, under 42 USC 1983 and civil rights violations. Plaintiff seeks $200 million dollars. Defendants looted my federal indictment. Tyco International built FCI Williamsburg. Kozlowski froze my commissary account. Defendants are trying to transfer to where I'm at, to head lock me, and waterboard because they want to learn Identity theft secrets. Defendants are torturing me, I seek relief.

Jonathan Lee Riches©
#40948-018
FCI Williamsburg    843-387-9400
P.O. Box 340
Salters, S.C. 29590

Respectfully Submitted